# THE LAW OFFICE OF RICHARD E. LERNER, P.C.

**Richard E. Lerner, Esq.**
255 West 36th Street, Suite 800
New York, New York 10018
(917) 584-4864
Fax: (347) 824-2006
richardlerner@msn.com

November 15, 2013

**Via ECF**

United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

> Re: In re Applications to Unseal 98-cr-1101 (EDNY Docket No. 12-mc-150
> Second Circuit Docket No.: 13-2373

Dear Sirs & Mesdames:

   Per the request of the clerk's office, we are hereby setting forth, as a separate letter, a statement of the corrections made with respect to the appeal brief filed on November 6th, and filed in corrected form on November 12th.

   As noted on page 10 of the brief, the appendix was corrected, to include certain pages from the Eastern District of New York docket 12-mc-150, because Assistant U.S. Attorney Todd Kaminsky had called me and expressed confusion about the location of the documents referred to in the table set forth in the brief at pages 11 and 12, and so we extracted those pages and added them into a corrected appendix, for Mr. Kaminsky's convenience and the court's.

   The remaining corrections are grammatical, lexical, orthographic, or typographical errors, and correction of citation, *passim*, and the addition of lines 26-32 on page 13; lines 1-20 on page 24; lines 5-12 on page 26. Such additional text did not alter the arguments made, and were points that had been intended to be included in the final of the brief, but had been overlooked in the final round of editing, which was done under deadline pressure.

The brief itself sets forth a certificate of correction on the last page, so this letter may well be deemed redundant. Please further note that we had explained the foregoing to Ms. Thompson, of the clerk's office, on November 7th, and we were told that a corrected brief would be accepted for filing.

Respectfully submitted,

THE LAW OFFICE OF RICHARD E. LERNER, P.C.

Richard E. Lerner

cc: (Via ECF)