# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand and fourteen.

Before:  José A. Cabranes,
     Rosemary S. Pooler,
     Denny Chin,
      *Circuit Judges*.

_____

In Re Applications to Unseal 98 CR 1101 (ILG), USA v. John Doe 98-cr-01101
*********************************************

Lorienton N.A. Palmer, Frederick Martin Oberlander,
  Movants-Appellants,

  v.

John Doe 98-cr-01101, United States of America,
  Respondents-Appellees.

_____

**ORDER**

Docket No. 13-2373

  Appellants move to recall the mandate.

  IT IS HEREBY ORDERED that the motion is DENIED.

           For the Court:
           Catherine O'Hagan Wolfe,
           Clerk of Court